# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LARRY M. ERVANS, *pro se,*

    Plaintiff,

v.                                        Case No: 8:13-cv-222-T-30TGW

HOWARD DUNN and CITY OF
VENICE, DEPARTMENT OF POLICE,

    Defendants.

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. This Court entered an Order (Dkt. #6) on March 13, 2013, which dismissed Plaintiff's Complaint without prejudice and granted Plaintiff twenty (20) days in which to file an Amended Complaint. An Amended Complaint has not been timely filed. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of April, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-222 dismissal.docx